# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONQUEL BROOKS,<br><br>             Petitioner,<br><br>     v.<br><br>J. SOTO,<br><br>             Respondent. | Case No.  1:13-cv-01683-LJO-SAB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY AS MOOT<br><br>(ECF No. 22) |

On February 5, 2015, the Court adopted the Findings and Recommendation and denied the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. (ECF No. 19). On that same date, judgment was entered in accordance with the order denying the petition. (ECF No. 20). On December 31, 2014, Petitioner filed a motion for a certificate of appealability. (ECF No. 18). In the February 5, 2015, order denying the petition, the Court also denied Petitioner's motion for a certificate of appealability. (ECF No. 19).

On March 9, 2015, Petitioner filed a motion for certificate of appealability, along with a notice of appeal and a motion to proceed without prepayment of filing fees. (ECF Nos. 21, 22, & 23). In the February 5, 2015, order denying the petition, the Court found that "reasonable jurists would not find the Court's determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further" and that Petitioner had "not made the required substantial showing of the denial of a constitutional right" to justify the

issuance of a certificate of appealability.  (ECF No. 19 at 3).

In light of the fact the Court denied Petitioner's motion for a certificate of appealability in the final order dated February 5, 2015, Petitioner's subsequent motion for a certificate of appealability is DENIED as MOOT.

**SO ORDERED**
**Dated: March 12, 2015**

                                                  **/s/ Lawrence J. O'Neill**
                                                  **United States District Judge**